UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MARIA RODRIGUEZ,

    Plaintiff,

v.                                                      Case No.: _____

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Convergent Outsourcing, Inc. ("COI"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. The removal of this civil case is proper because:

1.    COI is the named defendant in this civil action filed by plaintiff, Maria Rodriguez ("plaintiff"), in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Maria Rodriguez v. Convergent Outsourcing, Inc.*, Case Number: COCE-21-038118 (hereinafter the "State Court Action").

2.    COI removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), COI has timely filed this Notice of Removal. COI was served with plaintiff's Complaint on July 7, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by COI.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Seventeenth Judicial Circuit, in and for Broward County, Florida.

WHEREFORE, Defendant, Convergent Outsourcing, Inc., hereby removes to this Court the State Court Action.

Dated: July 27, 2021

                Respectfully Submitted,

                */s/ Michael P. Schuette*
                Michael P. Schuette, Esq.
                Florida Bar No. 0106181
                Dayle M. Van Hoose, Esq.
                Florida Bar No. 0016277
                SESSIONS, ISRAEL & SHARTLE, LLC
                3350 Buschwood Park Drive, Suite 195
                Tampa, Florida 33618
                Telephone: (813) 890-2460
                Facsimile: (877) 334-0661
                mschuette@sessions.legal
                dvanhoose@sessions.legal
                *Counsel for Defendant,*
                *Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney